NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPEN PARKING, LLC,**
*Plaintiff-Appellant*

**v.**

**PARKME, INC.,**
*Defendant-Appellee*

---

2016-2370

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:15-cv-00976-MRH, Judge Mark R. Hornak.

---

**JUDGMENT**

---

STANLEY M. STEIN, Stanley M. Stein, PC, Pittsburgh, PA, argued for plaintiff-appellant.

RYAN J. MCBRAYER, Perkins Coie, LLP, Seattle, WA, argued for defendant-appellee. Also represented by STEVAN R. STARK, JR., JONATHAN LEE MCFARLAND.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, CLEVENGER, and CHEN, *Circuit Judges*).

## AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 6, 2017                          /s/ Peter R. Marksteiner
        Date                               Peter R. Marksteiner
                                            Clerk of Court